**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00589-CV

### GREYHOUND LINES, INC., Appellant

### V.

### JANIE REEVES, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-09239**

## ORDER

Before the Court is appellant's May 3, 2013 unopposed motion for extension of time to file reply brief. Appellant's motion is **GRANTED.** Appellant's reply brief shall be filed on or before May 10, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE